# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:  (212) 465-1188
cklee@leelitigation.com

August 21, 2023

<u>Via ECF</u>
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Rangel v. 38 MacDougal LLC*
      Case No.: 1:23-cv-05987

Dear Judge Schofield:

We are counsel for Plaintiff and write to request that the Court adjourn the Initial Pretrial Conference, currently scheduled for August 30, 2023 [Dkt. 6], for 60 days.

As of today, Defendants have not appeared in the case, and service has not yet been completed. This is Plaintiff's first request for an adjournment.

We thank Your Honor for considering this request.

Respectfully submitted,

/s/ C.K. Lee

C.K. Lee, Esq.

cc: all parties via ECF

The initial pretrial conference scheduled for August 30, 2023, is adjourned to **September 20, 2023 at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed case management plan is extended to **September 13, 2023, at 12:00 P.M.** Plaintiff shall complete service promptly. So Ordered.

Dated: August 22, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE