

101 Park Avenue, 17th Floor
New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940
www.foxrothschild.com

Glenn S. Grindlinger
Direct Dial: 212-905-2305
E-mail: ggrindlinger@foxrothschild.com

**VIA ECF**
Hon. Lorna G. Schofield
United States District Court Judge
United State District Court
   for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application **GRANTED**. The initial pretrial conference scheduled for September 20, 2023, is adjourned to **October 4, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333. The deadline for the parties to file the joint letter and proposed case management plan is extended to **September 27, 2023**.

Dated: September 14, 2023
            New York, New York

Re:   **Rangel v. *38 MacDougal LLC d/b/a Shuka*
        Civil Action No.: 1:23-cv-05987**

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Your Honor:

      We represent Defendant in the above-referenced matter. We write to request an adjournment of the Court Conference currently scheduled for September 20, 2023 at 10:30 am. This is Defendant's first request for an adjournment of this conference.

      As the Court may be aware, on September 11, 2023, Defendant was provided with a request to execute a Waiver of the Service of Summons. On behalf Defendant, we executed the Waiver of Service that same day. In order to comply with our obligations under Rule 11 of the Federal Rules of Civil Procedure, we request an adjournment of the September 20th conference, so we have more time to investigate the allegations set forth in Plaintiff's complaint. Indeed, at this time, counsel cannot meaningfully complete its portion of the joint letter to be submitted prior to the Court Conference without additional time for counsel to investigate Plaintiff's allegations.

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Minnesota    Nevada
New Jersey    New York    North Carolina    Pennsylvania    South Carolina    Texas    Virginia    Washington

149329826.1



Hon. Lorna G. Schofield
September 13, 2023
Page 2

Accordingly, after consultation with Plaintiff's counsel, who consents to the adjournment, Defendant requests an adjournment of the conference to any time on October 3-6 or October 25-27.

We are available at the Court's convenience should Your Honor have any questions or concerns about the issues raised in this letter.

        Respectfully submitted,

        FOX ROTHSCHILD LLP

        /s/ *Glenn S. Grindlinger*

        Glenn S. Grindlinger

cc:   All counsel of record via E-File

149329826.1