# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:  (212) 465-1188
cklee@leelitigation.com

September 26, 2023

> The initial pretrial conference scheduled for October 4, 2023, is adjourned to **November 8, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333. The deadline for the parties to file the joint letter and proposed case management plan is extended to **November 1, 2023**. A referral to the Mediation Program will issue separately. The parties shall file a status letter apprising the Court of the status of their settlement discussions by **November 1, 2023**. So Ordered.
>
> Dated: September 27, 2023
> New York, New York
>
> *Lorna G. Schofield*
> **Lorna G. Schofield**
> **United States District Judge**

**Via ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Rangel v. 38 MacDougal LLC
      Case No.: 1:23-cv-05987

Dear Judge Schofield:

    We are counsel for Plaintiff and write jointly with Defendants (collectively, the "Parties") to respectfully request that: (i) the Court cancel the Initial Pretrial Conference, currently scheduled for October 4, 2023 (Dkt. No. 12), and (ii) that this matter be referred to the SDNY Mediation Panel. This request is submitted in accordance with Rule I(B)(3) of Your Honor's Individual Practices.

    This is the Parties' first joint request to cancel the conference and for a mediation referral. This request is consented to by all Parties. Prior to Defendants' appearance, Your Honor granted Plaintiff's request to adjourn the Initial Conference (Dkt. No. 8). Following the appearance of Defendants' counsel, Your Honor granted Defendants' request for an adjournment (Dkt. No. 12).

    Additionally, the Parties request leave to provide the Court with a status update two weeks mediation, in order to inform the court whether the Parties have resolved the matter, or to request that the Court set a new date for the Initial Conference.

    We thank Your Honor for considering this matter.

Respectfully submitted,

/s/ C.K. Lee

cc: all parties via ECF