UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA RANGEL,

    Plaintiff,

v.

38 MACDOUGAL LLC, d/b/a SHUKA,

    Defendant.

---

Case No.: 1:23-cv-05987

ORDER
DISMISSING PLAINTIFF'S
CLAIMS WITHOUT PREJUDICE
PURSUANT TO 41(a)(2)

It is hereby ORDERED as follows:

    Having considered Defendants' pre-motion letter regarding the lack of jurisdiction and Plaintiff's position that the Court does not have jurisdiction and that Plaintiff does not dispute such lack of jurisdiction, the Court dismisses Plaintiff's claims in their entirety without prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(2).

SO ORDERED

Dated: December 6, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE